UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Kevin Lee Ross

    v.                                          Case No. 24-cv-15-SM-TSM

Andrew McCormack, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 30, 2024, for the reasons set forth therein.

**So Ordered.**

                                                          _____
                                                          Steven J. McAuliffe
                                                          United States District Judge

Date: August 14, 2024

cc:   Kevin Lee Ross, pro se